Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Rene Almaraz

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Rene Almaraz<br><br>　　　　Plaintiff<br><br>　　v.<br><br>U.S. Bank<br><br>　　　　Defendant. | Case No.: 2:19-cv-09065-DMG-SK<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT U.S. BANK |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** plaintiff Rene Almaraz and defendant U.S. Bank have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of U.S. Bank, with prejudice, within 30 days once the settlement is finalized.

　　　　　　　　　　　　　　　　　　**Gale, Angelo, Johnson, & Pruett, P.C.**

Dated: April 30, 2020　　　　　　　/s/ *Joe Angelo*
　　　　　　　　　　　　　　　　　　Joe Angelo
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1