1  Elliot Gale (State Bar No. 263326)
   egale@gajplaw.com
2  Joe Angelo (State Bar No. 268542)
   jangelo@gajplaw.com
3  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
4  Roseville, California 95747
   Telephone: 916-279-7778
5  Facsimile: 916-721-2767

6  Attorneys for Plaintiff
   Rene Almaraz

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RENE ALMARAZ<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>US BANK, N.A.<br><br>　　　　Defendant. | Case No.: 2:19-cv-09065-DMG-SK<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT US BANK, N.A.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Rene Almaraz and Defendant US Bank, N.A. that US Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED: May 14, 2020        **Gale, Angelo, Johnson, & Pruett, P.C.**

By: _____/s/ Joe Angelo_____
Joe Angelo
Attorneys for Plaintiff
Rene Almaraz

DATED: May 14, 2020        **Faegre Drinker Biddle & Reath LLP**

By: _____/s/ Michael Jaeger_____
Michael Jaeger
Attorneys for Defendant
US Bank, N.A.

I, Joe Angelo, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Michael Jaeger concurred in this filing.
/s/ Joe Angelo