# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RENE ALMARAZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>U.S. BANK, N.A.,<br>　　　　　Defendant. | Case No.: CV 19-9065-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ACTION [22]** |

Pursuant to the parties' stipulation, U.S. Bank, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.  As there are no remaining defendants, this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: May 18, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE